■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALARAE GREEN, Appellant. [618 NYS2d 554] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Cirigliano, J.), rendered January 15, 1991, convicting him of robbery in the second degree, assault in the second degree, grand larceny in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he failed to demonstrate that counsel's representation of him pursuant to a contingent fee arrangement "affected the manner in which his attorney conducted the defense prejudicially to the defendant" so as to warrant a reversal and new trial *(People v Winkler,* 71 NY2d 592, 597).

We have considered the remaining contentions in the defendant's supplemental *pro se* brief and find them to be without merit. Sullivan, J. P., Balletta, Lawrence and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY HARRIS, Appellant. [618 NYS2d 554] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rienzi, J.), rendered December 11, 1990, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.